D. J. DANIELS AND MILLIE BERRY, APPELLANTS, VS. FAN-
NIE DANIELS, AS ADMINISTRATRIX OF THE ESTATE OF
JORDAN DANIELS, DECEASED, APPELLEE.

Appeal from Circuit Court Putnam county.

*Isaac L. Purcell*, for Appellants.

No appearance for Appellee.

From an order of the Probate Court of Putnam
county removing Fannie Daniels as administratrix of
the estate of Jordan Daniels, deceased, the said Fan-
nie Daniels took an appeal to the Circuit Court of
said county. There was decree of reversal and the
complainants appeal. The decree is affirmed.

Decision Per Curiam.



W. H. DAVIS AND HIS WIFE H. Z. DAVIS, APPELLANTS,
VS. SAMUEL R. PYLES, APPELLEE.

Appeal from Circuit Court Alachua county.

*Evans Haile*, for Appellants.

*W. S. Bullock*, for Appellee.

The bill in this case was filed by the appellee against
the appellants. There was decree for the complainant
and the defendants appeal. The decree is affirmed.

Decision Per Curiam.